NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MACROPOINT, LLC,**

*Plaintiff-Appellant*

**v.**

**FOURKITES, INC.,**

*Defendant-Appellee*

---

2016-1286

---

Appeal from the United States District Court for the Northern District of Ohio in No. 1:15-cv-01002-PAG, Judge Patricia A. Gaughan.

---

**JUDGMENT**

---

CRAIG E. COUNTRYMAN, Fish & Richardson, PC, San Diego, CA, argued for plaintiff-appellant. Also represented by JARED ALEXANDER SMITH; AHMED JAMAL DAVIS, Washington, DC.

GARY EDWARD HOOD, Polsinelli PC, Chicago, IL, argued for defendant-appellee. Also represented by MARK THOMAS DEMING, ADAM S. WEISS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 December 8, 2016 

Date

 /s/ Peter R. Marksteiner 

Peter R. Marksteiner

Clerk of Court